

# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF PENNSYLVANIA

Louis Singleton Jr.,
*Plaintiff*

v.

*Defendant*

E.E.O C- Philadelphia,
Human Relation Service
and McDonald's

Civil Action No. 11  1159

**APPLICATION FOR PRISONERS TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS**
(Short Form)

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested. *Louis Singleton Jr.*

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at: 7901 State Rd CFCF B1-P1-C21  Phila., Pa. 19136

    I am employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. *If not incarcerated.* If I am employed, my employer's name and address are:

_____

My gross pay or wages are: $_____, and my take-home pay or wages are: $_____
per _____.
    *(specify pay period)*

3. **Other Income.** In the past 12 months, I have received income from the following sources (check all that apply):

    (a) Business, profession, or other self-employment        ☐ Yes  ☑ No
    (b) Rent payments, interest, or dividends                  ☑ Yes  ☐ No
    (c) Pension, annuity, or life insurance payments           ☐ Yes  ☑ No
    (d) Disability, or worker's compensation payments          ☐ Yes  ☑ No
    (e) Gifts, or inheritances                                 ☐ Yes  ☑ No
    (f) Any other sources                                      ☐ Yes  ☑ No