IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LOUIS SINGLETON, JR. | : | |
| | : | CIVIL ACTION NO. 11-CV-1159 (PBT) |
| Plaintiff | : | |
| | : | |
| vs. | : | |
| | : | |
| MCDONALD'S, ET AL | : | |
| | : | |
| Defendants | : | |

---

**DEFENDANT JO-DAN ENTERPRISES T/A MCDONALD'S
MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

---

Defendant Jo-Dan Enterprises t/a McDonald's, by and through its undersigned counsel, moves for an Order dismissing Plaintiff's Complaint.[1]  In support of this Motion, Defendant Jo-Dan Enterprises t/a McDonald's, incorporates herein by reference the averments, points and authorities set forth in its accompanying Memorandum of Law and any exhibits thereto.

Respectfully submitted,

HIRSCH & HIRSCH

Date: June 14, 2011		By:	*/s/ Joseph A. Hirsch, Esq.*
				Joseph A. Hirsch, Esq.
				ID# 66640
				Attorney for Defendant Jo-Dan Enterprises
				t/a McDonald's
				1 E. Wynnewood Road, Suite 110
				Wynnewood, PA 19096
				610-645-9222

---

[1] The undersigned counsel only represents Jo-Dan Enterprises t/a McDonald's, and does not represent McDonald's Corporation.